# UNITED STATES DISTRICT COURT
Southern District Of California
Office Of The Clerk
880 Front Street, Room 4290
San Diego, California 92101-8900
Phone: (619) 557-5600
Fax: (619) 702-9900

W. Samuel Hamrick, Jr.
Clerk of Court


June 13, 2008



Michael A. Taitelman
Freedman & Taitelman, LLP
1901 Avenue of Stars, Suite 500
Los Angeles, CA 90067


RE:    Old Ladder Litigation Co., LLC v. Rhodiana Corporation
Bankruptcy Case Number:    06-10578 (KJC)
BAP Case Number:

You are hereby notified that the above entitled case was on 6/12/2008 transferred from the Bankruptcy Court for District of USBC, Delaware to the U.S. District Court, Southern District of California.   The case will now contain the case number of the Southern District, and  the initial of the assigned Judge.  The case has been assigned to the Honorable Larry A. Burns, and on all future filings please show the case number as 08cv1050 LAB RBB.


Sincerely yours,

W. Samuel Hamrick, Jr.
Clerk of Court


By: s/ Autumn Wooden
     Deputy Clerk


cc: Bankruptcy Court



**Old Ladder Litigation Co., LLC**                    **08cv1050 LAB(RBB)**

**-v-**

**Rhodiana Corporation**


# STRICKEN DOCUMENT


**1-Complaint**


1