# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OLD LADDER LITIGATION CO., LLC, as Litigation Designee on behalf of the Liquidation Trust,<br><br>                          Plaintiff,<br>vs.<br><br>RHODIANA CORPORATION,<br><br>                          Defendant. | CASE NO. 08CV1050-LAB (RBB)<br><br>**ORDER STRIKING COMPLAINT WITH LEAVE TO AMEND** |

On June 12, 2008, plaintiff filed a Complaint associated with a bankruptcy matter to open this case, in reliance on 28 U.S.C. §§ 157(a) and 1334(b), to avoid and recover certain transfers Chapter 11 debtors allegedly made to one of their creditors. The action is styled as a Withdrawal of Reference and Appeal From The Bankruptcy Court. In violation of Civil Local Rule 5.1(c), an interlineation appears in the caption, substituting the court designation "Southern" District of California for some other, obscured court name, without initials as to who made the change. Furthermore, throughout the Complaint, references are to the Bankruptcy Court as "this court," as defined in Complaint paragraph 1: "This Court (the 'Bankruptcy Court'). . . ." In consideration of the confusion created by those technical discrepancies and inconsistencies, **IT IS HEREBY ORDERED** the Clerk of Court shall strike the Complaint. **IT IS FURTHER ORDERED** plaintiff shall have ten (10) calendar days from

1  the date this Order is entered to file a First Amended Complaint to correct and clarify the
2  pleading. **IT IS FURTHER ORDERED** failure to timely comply with this Order will result in
3  dismissal of this action in its entirety, without prejudice.
4      **IT IS SO ORDERED**.
5  DATED: June 17, 2008

*Larry A. Burns*

**HONORABLE LARRY ALAN BURNS**
United States District Judge